MOTION DENIED
DATE: 8-10-15
BY: PC

In re: Motions:

July 31st, 2015

Dear Clerk.

Please find enclosed a motions for remand I would like to have file under WR-16,561-20 number.

Thank you!

Michael I. Jones

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 06 2015
Abel Acosta, Clerk

In The Court of Criminal Appeals
State of Texas

              X

Exparte            X
Jones. Michael T.     X       WR-16.561-20
              X      Tr.Ct. No. 10-10C-86-080946-1

## Motion Requesting Remand to Trial Court for Finding of Fact on Issue

    Now comes Michael T. Jones, Petitioner and would show the trial court did not enter a finding of fact on the issue in question. which is essential to resolving the writ application; and this is so because the petitioner has presented documented evidence in support of the claim. . . .

    Wherefore. Petitioner pray the court grant said remand in the interest of justice . . .

    Submitted on this the 31st day of July 2015.

Respectfully

Michael T. Jones

Michael T. Jones   #419729
810 F.M. 2821
Huntsville. Tx. 77349